UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RING TECHNOLOGY ENTERPRISES OF TEXAS, LLC.<br><br>Plaintiff,<br><br>v.<br><br>A-DATA TECHNOLOGY (U.S.A.) CO., LTD., et al.<br><br>Defendants. | Civil Case No. 2:09-cv-383-TJW-CE<br><br>**JURY TRIAL DEMANDED** |

# STIPULATION FOR DISMISSAL OF DEFENDANT MICRON TECHNOLOGY SERVICES, INC.

# [ATTACHMENT A]

Pursuant to Fed. R. Civ. P. 41(a), plaintiff Ring Technology Enterprises of Texas, LLC, and defendant Micron Technology Services, Inc., by and through their respective attorneys, hereby stipulate to the dismissal of this action in its entirety as against Micron Technology Services, Inc. WITHOUT PREJUDICE. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: February 24, 2010                           SPANGLER LAW PC


                                                   By:_____/s/ Andrew W. Spangler_____
                                                        ANDREW W. SPANGLER
                                                   208 N. Green St., Suite 300
                                                   Longview, TX 75603
                                                   Telephone: (903) 753-9300
                                                   spangler@spanglerlawpc.com

                                                   Attorneys for Plaintiff
                                                   RING TECHNOLOGY ENTERPRISES OF
                                                   TEXAS, LLC


Dated: February 24, 2010                           GILLAM & SMITH, LLP

                                                   By: _____/s/ Harry L. Gillam, Jr._____
                                                        HARRY L. GILLAM, JR.
                                                   Texas SB#07921800
                                                   GILLAM & SMITH, LLP
                                                   303 So. Washington Ave.
                                                   Marshall, TX  75670
                                                   Telephone: (903) 934-8450
                                                   Facsimile:  (903) 934-9257
                                                   gil@gillamsmithlaw.com


                                                   JARED B. BOBROW (admitted *pro hac vice*)
                                                   RIP FINST (admitted *pro hac vice*)
                                                   WEIL, GOTSHAL & MANGES LLP
                                                   201 Redwood Shores Parkway
                                                   Redwood Shores, CA  94065
                                                   Telephone: (650) 802-3000
                                                   Telephone: (650) 802-3100
                                                   jared.bobrow@weil.com
                                                   rip.finst@weil.com

                                                   Attorneys for Defendants
                                                   MICRON TECHNOLOGY, INC., MICRON
                                                   SEMICONDUCTOR PRODUCTS, INC. and
                                                   MICRON TECHNOLOGY SERVICES, INC.