IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RING TECHNOLOGY ENTERPRISES OF TEXAS, LLC<br><br>        Plaintiff,<br>  v.<br>(1)  A-DATA TECHNOLOGY (U.S.A.) CO., LTD.,<br>(2)  ELPIDA MEMORY (USA) INC.,<br>(3)  HEWLETT-PACKARD COMPANY,<br>(4)  HEWLETT-PACKARD INTER-AMERICAS,<br>(5)  HITACHI GLOBAL STORAGE TECHNOLOGIES, INC.,<br>(6)  HITACHI COMPUTER PRODUCTS (AMERICA), INC.,<br>(7)  HITACHI ELECTRONIC DEVICES (USA), INC.,<br>(8)  MICRON TECHNOLOGY, INC.,<br>(9)  MICRON TECHNOLOGY SEMICONDUCTOR PRODUCTS, INC.,<br>(10) MICRON TECHNOLOGY SERVICES, INC.,<br>(11) NAN YA TECHNOLOGY CORPORATION, U.S.A.,<br>(12) SAMSUNG SEMICONDUCTOR, INC.,<br>(13) SAMSUNG AMERICA, INC.,<br>(14) SAMSUNG INTERNATIONAL, INC.,<br>(15) SMART MODULAR TECHNOLOGIES, INC.,<br>(16) SMART MODULAR TECHNOLOGIES (DE), INC.,<br>(17) SANMINA-SCI CORPORATION,<br>(18) DELL, INC.,<br>(19) INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>(20) SUN MICROSYSTEMS, INC.,<br>(21) SUN MICROSYSTEMS OF CALIFORNIA, INC.,<br>(22) SUN MICROSYSTEMS INTERNATIONAL, INC.,<br>(23) SUN MICROSYSTEMS FEDERAL, INC.<br>(24) KINGSTON TECHNOLOGY | CIVIL ACTION NO. 2:09-CV-00383-TJW-CE |

|  |
|---|
| CORPORATION, <br> (25) KINGSTON TECHNOLOGY CORPORATION, INC. (DELAWARE), <br> (26) ELPIDA MEMORY, INC., <br> (27) A-DATA TECHNOLOGY CO., LTD., <br> (28) NANYA TECHNOLOGY CORPORATION, <br> (29) SAMSUNG ELECTRONICS CO., LTD., and <br> (30) HITACHI, LTD., <br><br>      Defendants. |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between plaintiff, Ring Technology Enterprises of Texas, LLC and defendants **A-DATA Technology Co., Ltd. and A-DATA Technology (USA) Co., Ltd.**, the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendants are hereby dismissed with prejudice and all counterclaims are dismissed as moot, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" dated October 1, 2010.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 19th day of October, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE